| | |
|---|---|
| MELISA J DAVENPORT ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADVOCATE CHRIST MEDICAL CENTER, ADVOCATE ) <br> HOME HEALTH SERVICES, THORATEC CORP, ) <br> ALERE INC., ADDITIONAL IN ATTACHED ) <br> ) <br> Defendant(s). ) | UNITED STATES DISTRICT COURT <br> NORTHERN DISTRICT OF ILLINOIS <br><br> 16-50256 <br><br> FILED <br><br> AUG 1 6 2016 <br><br> THOMAS G. BRUTON <br> CLERK, U.S. DISTRICT COURT |

### AMENDED COMPLAINT

**I, Melisa J Davenport, come forth as a plaintiff in a civil complaint against the aforementioned defendants on behalf of my deceased son, Jonathan Duncan who was treated by the defendants. This court has jurisdiction based on 28 U.S. Code § 1332.**

**Original complaint filed on August 1, 2016 under case file number 16-50256.**

1. This court has jurisdiction based on 28 U.S. Code § 1332 as two defendants are corporations having corporate headquarters in states other than the plaintiff resulting in diversity of jurisdiction AND expected matter in controversy exceeds the sum or value of $75,000

2. Jonathan had been diagnosed in December 2001, at the age of 23, with cardiomyopathy (unknown cause, suspected viral) and underwent treatment at multiple medical facilities and by multiple doctors throughout the next 2 ½ years before his death on August 1st, 2014 while a patient at ADVOCATE CHRIST MEDICAL CENTER in Oak Lawn, IL.

3. Jonathan had been placed on the heart transplant list managed through Organ Procurement and Transplantation Network (OPTN) by the coordinator SUZANA

NIKITOVIC, RN, BSN at ADVOCATE CHRIST MEDICAL CENTER/ADVOCATE CHRIST CENTER FOR HEART TRANSPLANT & ASSIST DEVICES in April 2012

4. Because of his age and good medical condition (other than the cardiomyopathy), it was unlikely he would be high enough on the list for some time; because he was experiencing issues that oral and IV medications were no longer controlling, the option of implantation of a Ventricular Assist Device (VAD/LVAD) was offered by the medical team at ADVOCATE CHRIST MEDICAL CENTER/ADVOCATE CHRIST CENTER FOR HEART TRANSPLANT & ASSIST DEVICES; including GEETHA BHAT, M.D. – GREGORY MACALUSO, M.D. – ANTONE TATOOLES, M.D. - PATROKLOS S PAPPAS, M.D. as a Bridge to Transplant option.

5. He underwent open-heart surgery in June 2012 to have the Heartmate II LVAD from THORATEC CORPORATION implanted and had monthly follow-up visits with his assigned VAD Nurse Coordinator NICOLE GRANEY, APRN-BC at the VAD Clinic located on the ADVOCATE CHRIST MEDICAL CENTER property in Oak Lawn, Illinois.

6. Further, patient received continuous monitoring of PT/INR for management while taking Coumadin/warfarin and on or about September 2013 received an at-home monitoring system from ALERE, INC.

7. There were multiple visits to our local hospital (ADVOCATE GOOD SHEPHERD) that led to a transport and admission to ADVOCATE CHRIST MEDICAL CENTER; he was unable to be admitted as an inpatient (for any reason) to a non-certified VAD hospital.

8. I have included only the information from May 2014 through the time of his death on August 1, 2014 as I feel this is the time period relevant to his death for consideration in this claim

9. I have not had enough time to consult a medical expert in order to attach a certificate of merit for this case.

10. I believe there have been a number of instances of negligence in this case that will be further discovered upon review by a qualified medical expert as to the reasonable actions that should have been taken by the defendant(s) to protect their patient.

11. Further, I believe that the standard of care dropped significantly when Jonathan was on my private insurance vs. this last period of time when he was on Medicare.

12. I request consideration in determining the restitution that should be made in this case given the decedent's age, potential future earnings, loss of future generations, pain and suffering endured by both the deceased and his family.

13. Plaintiff asks that the case be tried by a jury.

14. Plaintiff has not previously filed a case in this district.

Following is the timeline referred to in this complaint:

| | |
|---|---|
| 5/11/2014 – 5/17/2014 | Patient experienced loss of blood flow to the brain causing vaso-vagal syncope episode; no abnormal alerts or readings on LVAD device<br><br>ALGONQUIN LAKE IN THE HILLS FPD provided transport to ADVOCATE GOOD SHEPHERD ER<br><br>ADVOCATE GOOD SHEPHERD ER provided initial analysis and was in contact with ADVOCATE CHRIST MEDICAL CENTER VAD TEAM to determine next steps; critical care first and routine electrocardiogram provided by TRI-COUNTY EMERGENCY PHYSICIAN; invasive cardiac cath procedure performed in cath lab |

| | |
|---|---|
| | Patient transferred via SUPERIOR AIR AND AMBULANCE SERVICE for admittance to ADVOCATE CHRIST MEDICAL CENTER cardiac unit (9th Floor) for additional follow-up and evaluation; unable to admit to ADVOCATE GOOD SHEPHERD because it was not (and may still not be) a certified medical facility to treat LVAD patients<br><br>Patient evaluated primarily by WILLIAM COTTS, M.D. during admission and discharged; included in discharge instructions was discontinuance of Coreg/Carvedilol (no replacement medication prescribed); additional discharge instructions to hold coumadin for discharge date and following day and retest INR on 5/19/2014<br><br>Admitting Physician: ANTONE J TATOOLES, M.D.<br>Attending/Consulting Physicians: ANTONE J TATOOLES, M.D., HARETH M RADDAWI, M.D., WILLIAM G COTTS, M.D., MICHAEL D. DASTICE, M.D., MABELLE COHEN, M.D., ROGELIO G. SILVA, M.D. |
| 5/12/2014 | Routine electrocardiogram (EKG) using at least 12 leads with interpretation and report provided by ALI ZAIDI, M.D. of CARDIOLOGY GROUP LLC<br><br>AICD analysis & interpretation, initial in-patient consultation, and echocardiogram (complete study) also performed by a member of CARDIOLOGY GROUP LLC |
| 5/12/2014 | Insert arterial line and insertion non-tunneled central inserted central venous cath provided by DIANA EVANS PA C of CARDIOTHORACIC & VASCULAR SURGICAL ASSOCIATES (referral by GREGORY P MACALUSO, M.D.) |
| 5/12/2014 – 5/17/2014 | Initial hospital inpatient care provided by WILLIAM G COTTS, M.D. of ADVOCATE HEALTH AND HOSPITAL on 5/12/2014<br><br>Subsequent hospital inpatient care provided by WILLIAM G COTTS, M.D. of ADVOCATE HEALTH AND HOSPITAL daily from 5/13/2014 through 5/16/2014<br><br>Hospital discharge day management provided by WILLIAM G COTTS, M.D. of ADVOCATE HEALTH AND HOSPITAL on 5/17/2014 |
| 6/20/2014 – 6/21/2014 | Admitted to ER @ ADVOCATE GOOD SHEPHERD HOSPITAL with shortness of breath and flu-like symptoms; transfer to ADVOCATE CHRIST MEDICAL CENTER required as patient unable to be admitted as patient @ ADVOCATE GOOD SHEPHERD HOSPITAL because it is not (and may still not be) an approved LVAD center |
| 6/21/2014 | Initial hospital inpatient care provided by K.A. ORTIZ CANTILLO, M.D. of PULMONARY AND CRITICAL CARE |
| 6/23/2014 | Subsequent hospital inpatient care provided by K.A. ORTIZ CANTILLO, M.D. |

| | |
|---|---|
| | of PULMONARY AND CRITICAL CARE |
| 6/30/2014 | Patient in extreme distress due to failure of LVAD at residence; 911/ALGONQUIN LAKE IN THE HILLS FIRE DISTRICT transported to ADVOCATE SHERMAN HOSPITAL (against patient and family request to transfer to ADVOCATE GOOD SHEPHERD HOSPITAL where patient history and LVAD knowledge is available)<br><br>Family arrives at ADVOCATE SHERMAN HOSPITAL ER to discover ER doctor and nursing staff contacting the manufacturer of LVAD, not the Emergency 24/7 VAD number at ADVOCATE CHRIST MEDICAL CENTER as requested by patient; mother of patient (plaintiff) calls the Emergency 24/7 VAD number and hands personal cell phone off to doctor/nurse for consultation with knowledgeable staff @ ADVOCATE CHRIST MEDICAL CENTER<br><br>Patient transported from ADVOCATE SHERMAN HOSPITAL to ADVOCATE CHRIST MEDICAL CENTER by SUPERIOR AIR GROUND AMBULANCE SERVICES and admitted to SURGICAL VASCULAR THORACIC UNIT (SVTU) @ ADVOCATE CHRIST MEDICAL CENTER; upon mother arriving approx. 6hrs later, discovering that the nurses on the unit have not been trained (or have not retained knowledge) of what an LVAD is or how it operates and how to address alarms, etc. – this has been occurring since patient admittance at approximate intervals of 25-45 minutes. |
| 6/30/2014 | X-Ray of Chest, 1 view, front provided by S. ASOKAN, M.D. of RADIOLOGY IMAGING CONSULTANTS (referral by ANTONE J TATOOLES, M.D.) |
| 6/30/2014 | Insertion non-tunneled central inserted central venous cath provided by LIESL K MURPHY of CARDIOTHORACIC & VASCULAR SURGICAL ASSOCIATES (referral by ANTONE J TATOOLES, M.D.) |
| 7/1/2014 | Inplantation Ventricular Assist Device, Single Ventricle Support provided by DANIELLE AMATO PA-C of CARDIOTHORACIC & VASCULAR SURGICAL ASSOCIATES, SC (referral by ANTONE J TATOOLES, M.D.) |
| 7/1/2014 | Inplantation Ventricular Assist Device, Single Ventricle Support provided by ANTONE J TATOOLES, M.D. and PATROKLOS S PAPPAS, M.D. of CARDIOTHORACIC & VASCULAR SURGICAL ASSOCIATES, SC |
| 7/1/2014 | Management of anesthesia during LVAD inplantation surgical procedure provided by BENJAMIN PENG, M.D. of MIDWEST ANESTHESIOLOGISTS; case originally assigned to PATRICIA COLLINS, M.D. as anesthesiologist. |
| 7/1/2014 – 7/15/2014 | Patient was on SURGICAL VASCULAR THORACIC UNIT (SVTU) until surgery to replace the malfunctioning LVAD and brought to ADULT SURGICAL HEART UNIT (ASHU) for 1-2 days post-op monitoring before being sent back to SVTU. His prior surgery (when he was on private insurance vs. Medicare) had the majority of his recovery time in ASHU and as can be determined from previous admissions (non-surgical), those admissions were to ASHU, never to SVTU (which according to their website was just "opened" in |

| | |
|---|---|
| | January 2016 to support LVAD patients<br><br>"We have a dedicated Cardiovascular Thoracic ICU and Step Down unit on the eighth floor of the East Tower, which opened in January 2016.<br><br>- Step down beds are designed for patients who do not need the level of care found in an ICU, but are not ready for a traditional medical bed.<br>- Some patients will be admitted to a step down bed without having first been in an ICU room. This includes heart patients wo are candidates for VADs and the valve replacement surgery, TAVR."<br><br>His regular VAD Coordinator (NICOLE GRANEY) was not available to monitor him while he was recovering; another of the known VAD Coordinators (ROXANNE) was monitoring him along with two "new" hospital VAD nurses who were in training. |
| 7/8/2014 | Follow-up or limited ultrasound examination of heart provided by RASHMI RAGHUVIR, M.D. of CARDIOLOGY GROUP LLC (referral by ANTONE J TATOOLES, M.D.) |
| 7/8/2014 | Subsequent hospital inpatient care provided CHAITANYA R DESAI, M.D. of SOUTHWEST NEPHROLOGY ASSOCIATES SC (referral by GREGORY P MACALUSO, M.D.) |
| 7/7/2014 – 7/13/2014 | Critical care delivery critically ill or injured patient provided by GEETHA BHAT, M.D. of ADVOCATE HEALTH AND HOSPITAL on 7/7/2014 and 7/8/2014<br><br>Subsequent hospital inpatient care provided by GEETHA BHAT, M.D. of ADVOCATE HEALTH AND HOSPITAL daily from 7/9/2014 through 7/13/2014 |
| 7/11/2014 | Echocardiogram provided by ROBERT J ANDINA, M.D. of ANDINA & IRABAGON S C @ ADVOCATE CHRIST MEDICAL CENTER |
| 7/14/2014 – 7/15/2014 | Subsequent hospital inpatient care provided by MUHYALDEE DIA, M.D. of ADVOCATE HEALTH AND HOSPITAL |
| 7/14/2014 – 7/15/2014 | Subsequent hospital inpatient care provided by DEEPA S. KAMATH, M.D. of SOUTHWEST INFECTIOUS DISEASE (referral by ANTONE J TATOOLES, M.D.) |
| 7/15/2014 | Patient discharged post-operative |
| 7/15/2014 – 7/24/2014 | Patient visited by ADVOCATE HOME HEALTH CARE nurses (names to be determined) 2x-3x weekly post-operative |
| 7/26/2014 | Ultrasound examination of heart including color-depicted blood flow rate, direction, and valve function provided by GAUTAM PATEL, M.D. of CARDIOVASCULAR CARE CONSULTANTS |
| 7/25/2014 | Patient's first post-operative clinic visit at VAD CLINIC @ ADVOCATE CHRIST |

|  | MEDICAL CENTER; appointment approximately 11am w/LISA (NOT HIS REGULAR VAD COORDINATOR)<br><br>Numerous tests and labs done – waiting for results and next steps by doctor on staff (name to be determined) at VAD CLINIC AT THE HEART INSTITUTE @ ADVOCATE CHRIST MEDICAL CENTER; LISA – VAD COORDINATOR advises at approximately 430pm that the doctor (not known which doctor) was concerned about some of the test results but since it was the weekend there wasn't a need to admit him to the hospital because no doctors would be available to perform necessary exams and evaluations for next course of action. Advised that patient should return home, have pre-scheduled visit from ADVOCATE HOME HEALTH CARE nurse @ 2pm on 7/26/2014 (this nurse's name was FRANCIE/FRANCINE – NOT HIS REGULAR NURSE that had been visiting – full name to be determined)<br><br>Upon her arrival, patient was experiencing uncontrollable shivering and rather than contact the 24/7 VAD Emergency number, she said he should just get some rest and his regular nurse would be to see him @ 8am on Monday, 7/28/2014 |
|---|---|
| 7/28/2014 | ADVOCATE HOME HEALTH CARE NURSE (name to be determined) arrived for 8am appointment and immediately took patient's temperature and INR which was not readable (too high) for her machine so she collected blood sample to be transported to lab for immediate reading.<br><br>She contacted 24/7 VAD Emergency number, relayed patient status and they advised to call 911 immediately for transport to local ER @ ADVOCATE GOOD SHEPHERD HOSPITAL |
| 7/28/2014 | Ambulance service, advanced life support, emergency transport, level 1 provided by ALGONQUIN FIRE PROTECTION |
| 7/28/2014 | Critical care delivery critically ill or injured patient, routine electrocardiogram (EKG) using at least 12 lead with interpretation and report provided by LACY A. KNIGHT, M.D. of TRI-COUNTY EMERGENCY PHYSICIANS @ ADVOCATE GOOD SHEPHERD HOSPITAL |
| 7/28/2014 | Patient transported via Air Ambulance from ADVOCATE GOOD SHEPHERD HOSPITAL to ADVOCATE CHRIST MEDICAL CENTER – SURGICAL VASCULAR THORACIC UNIT (SVTU) for admission<br><br>Upon arrival, patient was put on life support/ventilator and evaluation/treatment began |
| 7/29/2014 – 8/1/2014 | Critical care delivery critically ill or injured patient provided by WILLIAM G COTTS, M.D. of ADVOCATE HEALTH AND HOSPITAL<br><br>Subsequent hospital inpatient care provided by WILLIAM G COTTS, M.D. of |

| | |
|---|---|
| | ADVOCATE HEALTH AND HOSPITAL |
| 7/29/2014 | Routine electrocardiogram (EKG) using at least 12 leads with interpretation and report provided by MANOJ DUGGAL, M.D. of ADVOCATE HEALTH AND HOSPITAL |
| 7/30/2014 - 7/31/2014 | Initial inpatient care provided by MAUNA B PANDYA, M.D. of AFFILIATED ONCOLOGISTS, LLC (referral by MIRELA GALATANU, M.D. of ELA HEALTH INCORPORATED)<br><br>Inpatient Care provided by MAUNA B PANDYA, M.D. of AFFILIATED ONCOLOGISTS, LLC |
| 7/30/2014 | Patient had received numerous bags of Fresh Frozen Plasma to regulate/control his extremely high INR – the nurse on duty's first name was MARIA (full name to be determined)<br><br>When patient's mother (plaintiff) arrived at hospital room approximately 1pm, there was a doctor in the room (name to be determined) and the nurse MARIA; there seemed to be some confusion about what was going on; MARIA advised they were trying to wean him off the ventilator and he "experienced a hypertensive event"<br><br>From this point forward, numerous doctors came into the room to determine patient status (all names to be determined); doctor(s) advised approximately 6pm that the hypertensive event led to significant bleeding on the brain and there had not been any brain activity since the event occurred. The doctors were unable to drain the blood to reduce swelling, further damage because his INR had been so high.<br><br>The medical staff – doctors, nurses, hospitalists, specialists, neurologists, attending doctors, consulting doctors, etc. – advised that they would follow protocol over next 48-72 hours to determine if there was a chance of recovery from this significant event. |
| 7/31/2014 | Measurement of brain wave (EEG) provided by ABID ALI, M.D. of NEUROLOGIC ASSOCIATES LTD (referral by CARMEN GNATENCO) |
| 7/29/2014 – 7/31/2014 | Critical care delivery critically ill or injured patient provided by MIRELA GALATANU, M.D. of ELA HEALTH INCORPORATED |
| 8/1/2014 | Patient declared dead with cause of death 1. Septic Shock 2. Acute Respiratory Failure 3. Massive Intracranial Hemorrhage Non Traumatic<br><br>This otherwise healthy patient had signed up as an organ donor (for all organs other than his heart, obviously) and was determined to be a viable candidate for organ donation throughout his battle with cardiomyopathy. During the 48-72 hours between the hypertensive event and the declaration of death, the GIFT OF HOPE NURSES/DOCTORS performed |

| | necessary tests to determine if they would still consider him a viable candidate, which they did. Upon release of his body to the Gift of Hope organization for organ donation, the surgeons and nurses determined that the only donation that could be made was his eyes because according to the phone call I received at approximately 3am in the morning from the GIFT OF HOPE NURSE COORDINATOR "his entire abdominal cavity was abscessed and there was necrotic tissue around his heart" which rendered him unsuitable for organ donation due to possible contamination. |
|---|---|

**ADDITIONAL DEFENDANTS**
ABID ALI, M.D.
ADVOCATE CHRIST CENTER FOR HEART TRANSPLANT & ASSIST DEVICES
ADVOCATE CHRIST MEDICAL CENTER
ADVOCATE CHRIST SVTU (SURGICAL VASCULAR THORACIC UNIT)
ADVOCATE CHRIST VAD CLINIC
ADVOCATE GOOD SHEPHERD HOSPITAL
ADVOCATE HEALTH AND HOSPITAL
ADVOCATE HOME HEALTH SERVICES
ADVOCATE SHERMAN HOSPITAL
AFFILIATED ONCOLOGISTS, LLC
ALI ZAIDI, M.D.
ALERE, INC (NORTH AMERICAN CORPORATE OFFICE IN WALTHAM, MASSACHUSETTS)
ANDINA & IRABAGON SC
ANTONE TATOOLES, M.D.
BENJAMIN PENG, M.D.
CARDIOLOGY GROUP LLC
CARDIOTHORACIC & VASCULAR SURGICAL ASSOCIATES SC
CARDIOVASCULAR CARE CONSULTANTS
CHAITANYA R DESAI, M.D.
DANIELLE AMATO, PAC
DEEPA S KAMATH, M.D.
DIANA EVANS, PAC
ELA HEALTH INCORPORATED
FRANCIE(SP?) – LAST NAME UNKNOWN (ADVOCATE HOME HEALTH CARE NURSE)
GAUTAM PATEL, M.D.
GEETHA BHAT, M.D.
GREGORY MACALUSO, M.D.
HARETH RADDAWI, M.D.
LACY A KNIGHT, M.D.
LIESL MURPHY, M.D.
LISA – LAST NAME UNKNOWN (VAD CLINIC NURSE COORDINATOR)
MABELLE COHEN, M.D.
MANOJ DUGGAL, M.D.
MARIA – LAST NAME UNKNOWN (ADVOCATE CHRIST SVTU NURSE)
MAUNA B PANDYA, M.D.
MICHAEL DASTICE, M.D.
MIDWEST ANESTHESIOLOGISTS

MIRELA GALATANU, M.D.
MUHYALDEEM DIA, M.D.
NICOLE GRANEY, APRN-BC
ORTIZ CANTILLO, K.A. M.D.
PATRICIA COLLINS, M.D.
PATROKLOS S PAPPAS, M.D.
PULMONARY & CRITICAL CARE CONSULTANTS
RADIOLOGY IMG CONSULTANTS SC
RASHMI REGUVIR, M.D.
ROBERT ANDINA, M.D.
ROGELIO SILVA, M.D.
ROXANNE – LAST NAME UNKNOWN (VAD CLINIC NURSE COORDINATOR)
SUPERIOR AIR GROUND AMBULANCE SERVICE
SUZANA NIKITOVIC, RN, BSN
SW INFECTIOUS DISEASE AND IM
SW NEPHROLOGY ASSOCS
THE CARDIOLOGY GROUP LLC
THORATEC CORPORATION (HEADQUARTERED IN PLEASANTON, CALIFORNIA)
TRI-COUNTY EMERGENCY PHYSICIAN
WILLIAM COTTS, M.D.
ATTENDING DOCTORS @ ADVOCATE CHRIST MEDICAL CENTER – ASHU, 9TH FLOOR, SVTU, OPERATING
HOSPITALISTS @ ADVOCATE CHRIST MEDICAL CENTER – ASHU, 9TH FLOOR, SVTU
NURSES @ ADVOCATE CHRIST MEDICAL CENTER – ASHU, 9TH FLOOR, SVTU, OPERATING ROOM

---

Plaintiffs Signature: _Melisa J Davenport_

Plaintiffs Name: Melisa J Davenport

Plaintiffs Mailing Address:
    6 Lisa Court
    Lake in the Hills, IL 60156

Plaintiffs Phone Number: 847-513-1555

Plaintiffs Email Address: meldavenport2012@gmail.com