MELISA J DAVENPORT

    Plaintiff,

        v.

ADVOCATE CHRIST MEDICAL CENTER, ADVOCATE
HOME HEALTH SERVICES, THORATEC CORP,
ALERE INC., ADDITIONAL IN ATTACHED

    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Case No: 16 C 50256

Judge Frederick J. Kapala

**FILED**

AUG 3 0 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION TO VOLUNTARILY DISMISS

I, Melisa J Davenport, come forth as a plaintiff in a civil complaint against the aforementioned

defendants on behalf of my deceased son, Jonathan Duncan.

I filed a civil complaint on August 1, 2016 citing medical malpractice in the death of my son. I

no longer wish to proceed with the complaint that I have filed pursuant to Federal Rule 41(a) of

the Federal Rules of Civil Procedure citing Voluntary Dismissal by the plaintiff without a court

order occurring before the opposing parties serve either an answer or a motion for summary

judgment.

Therefore, I request that the Court dismiss my Claim without prejudice.

8/28/2016

Date

Melisa J Davenport

Signature

## ADDITIONAL DEFENDANTS

ABID ALI, M.D.
ADVOCATE CHRIST CENTER FOR HEART TRANSPLANT & ASSIST DEVICES
ADVOCATE CHRIST MEDICAL CENTER
ADVOCATE CHRIST SVTU (SURGICAL VASCULAR THORACIC UNIT)
ADVOCATE CHRIST VAD CLINIC
ADVOCATE GOOD SHEPHERD HOSPITAL
ADVOCATE HEALTH AND HOSPITAL
ADVOCATE HOME HEALTH SERVICES
ADVOCATE SHERMAN HOSPITAL
AFFILIATED ONCOLOGISTS, LLC
ALI ZAIDI, M.D.
ALERE, INC (NORTH AMERICAN CORPORATE OFFICE IN WALTHAM, MASSACHUSETTS)
ANDINA & IRABAGON SC
ANTONE TATOOLES, M.D.
BENJAMIN PENG, M.D.
CARDIOLOGY GROUP LLC
CARDIOTHORACIC & VASCULAR SURGICAL ASSOCIATES SC
CARDIOVASCULAR CARE CONSULTANTS
CHAITANYA R DESAI, M.D.
DANIELLE AMATO, PAC
DEEPA S KAMATH, M.D.
DIANA EVANS, PAC
ELA HEALTH INCORPORATED
FRANCIE(SP?) – LAST NAME UNKNOWN (ADVOCATE HOME HEALTH CARE NURSE)
GAUTAM PATEL, M.D.
GEETHA BHAT, M.D.
GREGORY MACALUSO, M.D.
HARETH RADDAWI, M.D.
LACY A KNIGHT, M.D.
LIESL MURPHY, M.D.
LISA – LAST NAME UNKNOWN (VAD CLINIC NURSE COORDINATOR)
MABELLE COHEN, M.D.
MANOJ DUGGAL, M.D.
MARIA – LAST NAME UNKNOWN (ADVOCATE CHRIST SVTU NURSE)
MAUNA B PANDYA, M.D.
MICHAEL DASTICE, M.D.
MIDWEST ANESTHESIOLOGISTS
MIRELA GALATANU, M.D.
MUHYALDEEM DIA, M.D.
NICOLE GRANEY, APRN-BC
ORTIZ CANTILLO, K.A. M.D.
PATRICIA COLLINS, M.D.
PATROKLOS S PAPPAS, M.D.
PULMONARY & CRITICAL CARE CONSULTANTS
RADIOLOGY IMG CONSULTANTS SC
RASHMI REGUVIR, M.D.

ROBERT ANDINA, M.D.
ROGELIO SILVA, M.D.
ROXANNE – LAST NAME UNKNOWN (VAD CLINIC NURSE COORDINATOR)
SUPERIOR AIR GROUND AMBULANCE SERVICE
SUZANA NIKITOVIC, RN, BSN
SW INFECTIOUS DISEASE AND IM
SW NEPHROLOGY ASSOCS
THE CARDIOLOGY GROUP LLC
THORATEC CORPORATION (HEADQUARTERED IN PLEASANTON, CALIFORNIA)
TRI-COUNTY EMERGENCY PHYSICIAN
WILLIAM COTTS, M.D.
ATTENDING DOCTORS @ ADVOCATE CHRIST MEDICAL CENTER – ASHU, 9TH FLOOR, SVTU, OPERATING
HOSPITALISTS @ ADVOCATE CHRIST MEDICAL CENTER – ASHU, 9TH FLOOR, SVTU
NURSES @ ADVOCATE CHRIST MEDICAL CENTER – ASHU, 9TH FLOOR, SVTU, OPERATING ROOM

---

Plaintiffs Name:   Melisa J Davenport

Plaintiffs Mailing Address:
    6 Lisa Court
    Lake in the Hills, IL 60156

Plaintiffs Phone Number:  847-513-1555

Plaintiffs Email Address:    meldavenport2012@gmail.com