| | |
|---|---|
| MELISA J DAVENPORT | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS |
| Plaintiff, | |
| v. | Case No: 16 C 50256 |
| ADVOCATE CHRIST MEDICAL CENTER, ADVOCATE HOME HEALTH SERVICES, THORATEC CORP, ALERE INC., ADDITIONAL IN ATTACHED | Judge Frederick J. Kapala |
| Defendant(s). | |

**FILED**
AUG 30 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## MOTION TO BE NAMED SPECIAL ADMINISTRATOR

I, Melisa J Davenport, come forth as a plaintiff in a civil complaint against the aforementioned defendants on behalf of my deceased son, Jonathan Duncan.

Request to be named Special Administrator under the Wrongful Death Act, 740 ILCS 180/2.1 as the only surviving next of kin of the decedent Jonathan Duncan nunc pro tunc effective August 1, 2016. Further, per the conditions of appointment of a special administrator, this claim is the only asset of the decedent's estate and no petitions have been filed for the decedent's estate in the probate court.

8/28/2016
Date

*Melisa J Davenport*
Signature

**ADDITIONAL DEFENDANTS**

ABID ALI, M.D.
ADVOCATE CHRIST CENTER FOR HEART TRANSPLANT & ASSIST DEVICES
ADVOCATE CHRIST MEDICAL CENTER
ADVOCATE CHRIST SVTU (SURGICAL VASCULAR THORACIC UNIT)
ADVOCATE CHRIST VAD CLINIC
ADVOCATE GOOD SHEPHERD HOSPITAL
ADVOCATE HEALTH AND HOSPITAL
ADVOCATE HOME HEALTH SERVICES
ADVOCATE SHERMAN HOSPITAL
AFFILIATED ONCOLOGISTS, LLC
ALI ZAIDI, M.D.
ALERE, INC (NORTH AMERICAN CORPORATE OFFICE IN WALTHAM, MASSACHUSETTS)
ANDINA & IRABAGON SC
ANTONE TATOOLES, M.D.
BENJAMIN PENG, M.D.
CARDIOLOGY GROUP LLC
CARDIOTHORACIC & VASCULAR SURGICAL ASSOCIATES SC
CARDIOVASCULAR CARE CONSULTANTS
CHAITANYA R DESAI, M.D.
DANIELLE AMATO, PAC
DEEPA S KAMATH, M.D.
DIANA EVANS, PAC
ELA HEALTH INCORPORATED
FRANCIE(SP?) – LAST NAME UNKNOWN (ADVOCATE HOME HEALTH CARE NURSE)
GAUTAM PATEL, M.D.
GEETHA BHAT, M.D.
GREGORY MACALUSO, M.D.
HARETH RADDAWI, M.D.
LACY A KNIGHT, M.D.
LIESL MURPHY, M.D.
LISA – LAST NAME UNKNOWN (VAD CLINIC NURSE COORDINATOR)
MABELLE COHEN, M.D.
MANOJ DUGGAL, M.D.
MARIA – LAST NAME UNKNOWN (ADVOCATE CHRIST SVTU NURSE)
MAUNA B PANDYA, M.D.
MICHAEL DASTICE, M.D.
MIDWEST ANESTHESIOLOGISTS
MIRELA GALATANU, M.D.
MUHYALDEEM DIA, M.D.
NICOLE GRANEY, APRN-BC
ORTIZ CANTILLO, K.A. M.D.
PATRICIA COLLINS, M.D.
PATROKLOS S PAPPAS, M.D.
PULMONARY & CRITICAL CARE CONSULTANTS
RADIOLOGY IMG CONSULTANTS SC
RASHMI REGUVIR, M.D.

ROBERT ANDINA, M.D.
ROGELIO SILVA, M.D.
ROXANNE – LAST NAME UNKNOWN (VAD CLINIC NURSE COORDINATOR)
SUPERIOR AIR GROUND AMBULANCE SERVICE
SUZANA NIKITOVIC, RN, BSN
SW INFECTIOUS DISEASE AND IM
SW NEPHROLOGY ASSOCS
THE CARDIOLOGY GROUP LLC
THORATEC CORPORATION (HEADQUARTERED IN PLEASANTON, CALIFORNIA)
TRI-COUNTY EMERGENCY PHYSICIAN
WILLIAM COTTS, M.D.
ATTENDING DOCTORS @ ADVOCATE CHRIST MEDICAL CENTER – ASHU, 9TH FLOOR, SVTU, OPERATING
HOSPITALISTS @ ADVOCATE CHRIST MEDICAL CENTER – ASHU, 9TH FLOOR, SVTU
NURSES @ ADVOCATE CHRIST MEDICAL CENTER – ASHU, 9TH FLOOR, SVTU, OPERATING ROOM

---

Plaintiffs Name:   Melisa J Davenport

Plaintiffs Mailing Address:
    6 Lisa Court
    Lake in the Hills, IL 60156

Plaintiffs Phone Number:  847-513-1555

Plaintiffs Email Address:    meldavenport2012@gmail.com