IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Melissa J. Davenport,

Plaintiff(s),

v.

Advocate Christ Medical Center, et al.,

Defendant(s).

Case No. 16 C 50256
Judge Frederick J. Kapala

## ORDER

Plaintiff's motion to voluntarily dismiss this case without prejudice is granted. Plaintiff's motion to be named special administrator is denied for lack of jurisdiction. This case is closed.

Date: 8/30/2016

Frederick J. Kapala
United States District Judge